B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                          Case No. _____

Ghobrial, Liliana                               Chapter **11** _____
_____
                    Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $    1,140,000.00 | | |
| B - Personal Property | Yes | 3 | $       44,721.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    1,705,045.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $             0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $       15,137.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $       12,645.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $       11,665.00 |
| TOTAL | | 13 | $    1,184,721.00 | $    1,720,182.00 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. _____

Ghobrial, Liliana                                        Chapter 11
_____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 12,645.34 |
| Average Expenses (from Schedule J, Line 18) | $ 11,665.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 6,883.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 565,045.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 15,137.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 580,182.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Ghobrial, Liliana _____    Case No. _____
                Debtor(s)                                                (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Primary Residence**<br>**4244 Foxrun Drive, Chino Hills, CA**<br>**Acquired in 2004** | | C | **400,000.00** | **675,402.00** |
| **Rental Property**<br>**24515 Avalon Bl, Wilmington, CA**<br>**Acquired in 1999** | | C | **385,000.00** | **535,511.00** |
| **Rental Property**<br>**1914 Maine Ave, Long Beach, CA**<br>**Acquired in 2002** | | C | **355,000.00** | **494,132.00** |
| | | TOTAL | **1,140,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE <u>Ghobrial, Liliana</u>                                                        Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (Pre-petition)**<br>**Bank of America (2324, 6513, 5193)**<br>**Union Bank (5312, 0116)** | | 10,780.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Furniture, Appliances, Household Furnishings, Computer, Printer, etc.** | | 4,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Footwear and Clothing** | | 300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement Pension**<br>**under Debtor's Spouse** | | 13,141.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Ghobrial, Liliana _____   Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 BMW X5 (70,000 Miles)**<br>**2005 Nissan Frontier (196,000 Miles)** | | 15,000.00<br>1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Ghobrial, Liliana _____    Case No. _____
                                      Debtor(s)                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 44,721.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ 0 continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

**IN RE** Ghobrial, Liliana _____    Case No. _____
<div style="text-align:center">Debtor(s)</div>    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Account (Pre-petition) Bank of America (2324, 6513, 5193) Union Bank (5312, 0116)** | CCCP § 703.140(b)(5) | 9,350.00 | 10,780.00 |
| **Furniture, Appliances, Household Furnishings, Computer, Printer, etc.** | CCCP § 703.140(b)(3) | 4,500.00 | 4,500.00 |
| **Footwear and Clothing** | CCCP § 703.140(b)(3) | 300.00 | 300.00 |
| **Retirement Pension under Debtor's Spouse** | CCCP § 703.140(b)(10)(E) | 13,141.00 | 13,141.00 |
| **2005 BMW X5 (70,000 Miles)** | CCCP § 703.140(b)(2) CCCP § 703.140(b)(5) | 2,525.00 12,475.00 | 15,000.00 |
| **2005 Nissan Frontier (196,000 Miles)** | CCCP § 703.140(b)(2) | 1,000.00 | 1,000.00 |

<div style="text-align:left">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE Ghobrial, Liliana _____    Case No. _____
           Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 164291296<br><br>Bank Of America<br>PO Box 5170<br>Simi Valley, CA  93062 | | C | 2007<br>**Primary Mortgage on Debtor's Residence**<br>**4244 Foxrun Dr, Chino Hills, CA**<br><br><br>VALUE $ **400,000.00** | | | X | 500,652.00 | 100,652.00 |
| ACCOUNT NO. 165536064<br><br>Bank Of America<br>PO Box 5170<br>Simi Valley, CA  93062 | | C | 2007<br>**Junior Mortgage on Debtor's Residence**<br>**4244 Foxrun Dr, Chino Hills, CA**<br><br><br>VALUE $ **400,000.00** | | | X | 174,750.00 | 174,750.00 |
| ACCOUNT NO. 7581<br><br>Bank Of America<br>PO Box 5170<br>Simi Valley, CA  93062 | | | **Mortgage for Rental Property**<br>**1914 Maine Ave, Wilmington, CA**<br>**Loan Obtained in 2004**<br><br>VALUE $ **385,000.00** | | | X | 535,511.00 | 150,511.00 |
| ACCOUNT NO. 9235<br><br>Bank Of America<br>PO Box 5170<br>Simi Valley, CA  93062 | | | **Mortgage on Rental Property**<br>**24515 S. Avalon Bl, Wilmington, CA**<br>**Loan Acquired in 2005**<br><br>VALUE $ **355,000.00** | | | X | 494,132.00 | 139,132.00 |

<u>**0**</u> continuation sheets attached

Subtotal<br>(Total of this page)    $ **1,705,045.00** | $ **565,045.00**

Total<br>(Use only on last page)    $ **1,705,045.00** | $ **565,045.00**

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Ghobrial, Liliana _____    Case No. _____
         Debtor(s)                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Ghobrial, Liliana _____   Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4800-1131-9893-3033 <br><br>**Bank Of America**<br>**PO Box 301200**<br>**Los Angeles, CA  91709** | X | | **2011**<br>**Credit Card Debts** | | | | **13,915.00** |
| ACCOUNT NO. <br><br>**Home Depot Credit Services**<br>**PO Box 183175**<br>**Columbus, OH  43218** | X | | **2011**<br>**Credit Card Debts** | | | X | **1,222.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

____0____ continuation sheets attached

Subtotal (Total of this page) $ **15,137.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **15,137.00**

B6G (Official Form 6G) (12/07)

IN RE Ghobrial, Liliana _____    Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Ghobrial, Liliana _____    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Albair Ghobrial**<br>**4244 Foxrun Drive**<br>**Chino Hills, CA  91709** | **Home Depot Credit Services**<br>**PO Box 183175**<br>**Columbus, OH  43218**<br><br>**Bank Of America**<br>**PO Box 301200**<br>**Los Angeles, CA  91709** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE Ghobrial, Liliana _____    Case No. _____
              Debtor(s)    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Parent**<br>**Son**<br>**Son** | | AGE(S):<br>**80**<br>**2**<br>**7** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Caretaker For Debtor's Parent** | **Lead Transportation Officer** |
| Name of Employer | **IHSS** | **TSA Dept of Homeland Security** |
| How long employed | **3 years** | **2 years and 6 months** |
| Address of Employer | **9445 Fairway View**<br>**Rancho Cucamonga, CA  91730** | **2650 Park Tower Drive**<br>**Vienna, VA  22180** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 645.00 | $ 3,603.17 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 645.00 | $ 3,603.17 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ 89.00 | $ 541.67 |
|   b. Insurance | $ | $ 201.50 |
|   c. Union dues | $ | $ |
|   d. Other (specify)  **Retirement Contirbution** | $ | $ 563.33 |
|         **Charitable Contribution** | $ | $ 4.33 |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 89.00 | $ 1,310.83 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 556.00 | $ 2,292.34 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ 8,947.00 | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>  (Specify) _____ | $<br>$ | $<br>$ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>  (Specify) **Parent's Contribution Of Household Income** | $ 850.00<br>$<br>$ | $<br>$<br>$ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 9,797.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 10,353.00 | $ 2,292.34 |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

| | |
|---|---|
| | $ 12,645.34 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE Ghobrial, Liliana _____    Case No. _____
            Debtor(s)                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $  2,659.00 |
|    a. Are real estate taxes included?  Yes ___  No ✓ | |
|    b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $  120.00 |
|    b. Water and sewer | $  85.00 |
|    c. Telephone | $ |
|    d. Other  **Cell Phone** | $  140.00 |
|         **HOA** | $  42.00 |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $  400.00 |
| 5. Clothing | $  20.00 |
| 6. Laundry and dry cleaning | $  10.00 |
| 7. Medical and dental expenses | $ |
| 8. Transportation (not including car payments) | $  350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $  50.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $  60.00 |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $  60.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) **Property Taxes** | $  580.00 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **See Schedule Attached** | $  7,089.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.   | $  11,665.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $  12,645.34 |
|    b. Average monthly expenses from Line 18 above | $  11,665.00 |
|    c. Monthly net income (a. minus b.) | $  980.34 |

998-2424) - Forms Software Only

IN RE **Ghobrial, Liliana** _____ Case No. _____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Mortgage For Rental Property** | 6,479.00 |
| **Insurance For Rental Property** | 120.00 |
| **Utility For Rental Property** | 390.00 |
| **Gardening** | 100.00 |

-898-2424) - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Ghobrial, Liliana _____     Case No. _____
                          Debtor(s)                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**14** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 19, 2012** _____     Signature: **/s/ Liliana Ghobrial**
                                         Liliana Ghobrial                                  Debtor

Date: 3-19-12 _____     Signature: _____
                                                                           (Joint Debtor, if any)
                                                    **[If joint case, both spouses must sign.]**

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

### United States Bankruptcy Court
### Central District of California

IN RE:                                                                      Case No. _____

Ghobrial, Liliana _____    Chapter 11 _____

<div style="text-align:center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<div style="text-align:center"><em>DEFINITIONS</em></div>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

<div style="writing-mode:vertical-rl; text-align:left">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

### 1. Income from employment or operation of business

<sub>None</sub>
☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| 11,155.00 | 2012 | Gross Wages and Salaries |
| 52,144.00 | 2011 | Gross Wages and Salaries |
| 40,040.00 | 2010 | Gross Wages and Salaries |

### 2. Income other than from employment or operation of business

<sub>None</sub>
☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| 15,931.00 | 2012 | Gross Rental Income |
| 110,095.00 | 2011 | Gross Rental Income |
| 133,583.00 | 2010 | Gross Rental Income |

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

> *** Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe any property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT; NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office Of David Tang**<br>**8311 Westminster Bl, #330**<br>**Westminster, CA  92683** | 1/23/12 | 2,551.00 |
| **Law Office Of David Tang**<br>**8311 Westminster Bl, #330**<br>**Westminster, CA  92683** | 1/23/12 | 2,000.00 |

**10. Other transfers**

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Aron Hagos**<br>**1902 Raymond Ave**<br>**Signal Hills, CA  90755** | **10/11/2011** | **Short Sold**<br>**Re: Rental Property at 1902 Raymond Ave, Signal Hills, CA** |

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☐  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Albair Ghobrial**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Estatewide Residential Property Managmt** | | **4244 Foxrun Drive Chino Hills, CA 91709** | **Managing Debtor's Rental Property** | **December 1998** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Maged M. Sidhom CPA**<br>**451 W. Bonita Ave, #20**<br>**San Dimas, CA  91773** | **2009-Present** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Liliana Ghobrial (Debtor)**
**4244 Foxrun Dr**
**Chino Hills, CA  91709**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March 19, 2012**          Signature  */s/ Liliana Ghobrial*
                                   of Debtor                                              **Liliana Ghobrial**

Date:  3 - 19 - 12          Signature
                            of Joint Debtor
                            (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

February 2006                                                        2006 USBC Central District of California

<table>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>In re<br>Ghobrial, Liliana</td><td>CHAPTER: 11</td></tr>
<tr><td align="right">Debtor(s)</td><td>CASE NO.:</td></tr>
</table>

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, Ghobrial, Liliana _____ , the debtor in this case, declare under penalty
(Print Name of Debtor)
of perjury under the laws of the United States of America that:

☒  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____ , the debtor in this case, declare under penalty
(Print Name of Joint Debtor, if any)
of perjury under the laws of the United States of America that:

☐  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: March 19, 2012 _____    Signature /s/ Liliana Ghobrial _____
                                                                              Debtor

Date: 3 - 19 - 12 _____    Signature _____
                                                                              Joint Debtor (if any)

p.4

**76-372612**

| ↑ DETACH CHECK HERE<br>KEEP THIS STUB FOR YOUR RECORDS<br>Separe el cheque aquí<br>Guarde este talón para su archivo | STATEMENT OF EARNINGS AND DEDUCTIONS<br>ISSUE DATE 03/08/2012 | | |
|---|---|---|---|
| | | CURRENT | YTD |

| | | CURRENT | YTD |
|---|---|---|---|
| RECIPIENT: 36-23007238<br>TADROS          MARIAM    A<br>4244 FOXRUN DR<br>CHINO HILLS          CA   91709 | GROSS<br>NET<br>FICA<br>MEDICARE<br>SDI | 336.70<br>279.65<br>14.14<br>4.88<br>3.37 | 2018.36<br>1884.14<br>84.76<br>29.26<br>20.20 |
| PROVIDER: 865292<br>GHOBRIAL        LILIANA<br>4244 FOXRUN DR<br>CHINO HILLS          CA   91709 | | | |
| FROM: 02/01/2012<br>TO:   02/15/2012   HOURS:   36.4 | DUES<br>DENTAL INS. | 30.66<br>4.00 | |
| IHSS PROGRAM INFORMATION | | | ARREARS |

Have not received Daystub
for   2-16-12  -  2-31-12

Guarde este talón para su archivo

|  | CURRENT | YTD |
|---|---|---|
| GROSS | 335.78 | 1681.66 |
| NET | 313.45 | 1569.83 |
| FICA | 14.10 | 70.62 |
| MEDICARE | 4.87 | 24.38 |
| SDI | 3.36 | 16.83 |

RECIPIENT: 36-23007238
TADROS          MARIAM      A
4244 FOXRUN DR
CHINO HILLS      CA    91709

PROVIDER: 865292
GHOBRIAL        LILIANA
4244 FOXRUN DR
CHINO HILLS      CA    91709

FROM: 01/16/2012
TO:   01/31/2012    HOURS:    36.3

IHSS PROGRAM INFORMATION

ARREARS

FOR INFORMATION ON EARNED INCOME TAX CREDIT $$ AND FREE TAX
PREPARATION - CALL IRS: 800-829-1040 OR WWW.IRS.GOV

Detach here and complete for your next payment request    Separe aquí y complete para su siguiente solicitud de pago

RECIPIENT NUMBER   36-23007238
TADROS          MARIAM      A
4244 FOXRUN DR
CHINO HILLS      CA    91709
Address change  YES ☐    Write new address on reverse side

PROVIDER NUMBER    865292
GHOBRIAL        LILIANA
4244 FOXRUN DR
CHINO HILLS      CA    91709
Address change  YES ☐    Write new address on reverse side

FEBRUARY 2012 EMPLOYER SERVICE HOURS ARE 72.7    36.4

| DAY OF MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURS WORKED | 2 4 | 2.4 | 2 4 | 2.4 | 2.4 | 2 4 | 2.4 | 2.4 | 2 4 | 2 4 | 2 4 | 2.4 | 2 4 | 2 4 | 2 8 | 36.4 |

TS #09992815    FILL IN HOURS FOR EACH DAY WORKED AND PLACE TOTAL HERE
LLENE LAS HORAS PARA CADA DIA QUE TRABAJO Y APUNTE EL TOTAL AQUI

SHARE OF COST LIABILITY          OTHER LIABILITY          0.00    PROVIDER OVERPAYMENT    0.00

SW NO.   1519    DO.    15
SAN BERNRDNO IHSS CENTRAL MAIL
777 E RIALTO AVE
SN BERNRDNO, CA 92415-1005

36-23007238    RECIPIENT SIGNATURE    DATE
X    Mariam Tadros    2/28/12
865292    PROVIDER/SIGNATURE    DATE
X    ali Ghol    2-28-12
After work has been completed, sign, date and mail to this address:
Una vez que se haya completado el trabajo, fírmese y envíese a esta dirección:
"Do not sign unless you have read and understand instructions on reverse side"
"No firme hasta que haya leído y entendido las instrucciones al dorso"

I declare that the information provided on this timesheet is true and correct. I understand that any false claim may be
prosecuted under Federal and State laws and that if convicted of fraud I may also be subject to civil penalties.
Declaro que la información proporcionada en este reporte de horas trabajadas es verdadera y correcta. Entiendo que
cualquier declaración falsa puede ser enjuiciada bajo las leyes federales y estatales y que si me declaran culpable de
fraude es posible que yo también esté sujeto a sanciones civiles.

SOC 351 (X) (10/06)    STATE OF CALIFORNIA-HEALTH AND WELFARE AGENCY - DEPARTMENT OF SOCIAL SERVICES

p.2

DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aquí
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS

**ISSUE DATE 02/07/2012**

75-695281

| | CURRENT | YTD |
|---|---|---|
| GROSS | 336.70 | 1345.88 |
| NET | 314.31 | 1256.38 |
| FICA | 14.14 | 56.52 |
| MEDICARE | 4.88 | 19.51 |
| SDI | 3.37 | 13.47 |

RECIPIENT: 36-23007238
TADROS          MARIAN     A
4244 FOXRUN DR
CHINO HILLS          CA   91709

PROVIDER: 865292
GHOBRIAL        LILIANA
4244 FOXRUN DR
CHINO HILLS          CA   91709

FROM: 01/01/2012
TO:   01/15/2012   HOURS:   36.4

IHSS PROGRAM INFORMATION

ARREARS

FOR INFORMATION ON EARNED INCOME TAX CREDIT $$ AND FREE TAX
PREPARATION - CALL IRS: 800-829-1040 OR WWW.IRS.GOV

Detach here and complete for your next payment request        Separe aquí y complete para su siguiente solicitud de pago

EPP Print

| TRANSPORTATION SECURITY ADMINISTRATION | | | | | | 91709 | - | 0000 | FORM AO-334 |
|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSN OFFICE | PAY PLAN | GR | STEP | USDA |
| | 02/12/2012  02/25/2012 | 04 | TA-06-1980-01-01 | 0010 | TA-59-04-1089 | 1598 | SV | F | 00 | (REV. 10/97) |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | |
|---|---|---|---|---|---|
| 42,974.00 | PA | F/T | 08/02/2009 | 751.60 | STATEMENT OF EARNINGS AND LEAVE |

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 60.00 | 340.00 | 1235.40 | 7000.60 |
| 11 | NIGHT DIFFERENTIAL | 7.00 | 38.00 | 14.42 | 78.28 |
| 31 | HOLIDAY WORKED | 10.00 | 40.00 | 205.90 | 823.60 |
| 62 | SICK LEAVE | 10.00 | 20.00 | 205.90 | 411.80 |
| 66 | OTHER LEAVE | 10.00 | 40.00 | 205.90 | 823.60 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 97.00 | | 1867.52 | 9137.88 |
| 75 02 | RETIREMENT | | | 13.18 | 65.90 |
| 75 15 | TSP-FERS | | | 247.08 | 1235.40 |
| 76 | SOCIAL SECURITY (OASDI) | | | 74.82 | 365.88 |
| 77 | FEDERAL TAX EXEMPTS S01 | | | 179.09 | 881.94 |
| 78 | ST TAX CA  EXEMPTS H01 FORMULA CHANGE | | | 16.87 | 85.49 |
| 81 | FEGLI- COVERAGE $  $45,000 | | | 6.75 | 33.75 |
| 83 | FEHBA - ENROLL CODE  625 | | | 86.14 | 426.40 |
| 85 | CHARITABLE CONTRIBUTNS | | | 2.00 | 8.00 |
| 97 | MEDICARE TAX WITHHELD | | | 25.83 | 126.31 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 651.76 | 3229.07 |
| ** ** | ************** NET PAY ************** | | | 1215.76 | 5908.81 |
| ** ** | DD/EFT ROUTING NO. 122000661 | | | | |

| | BOND ACCOUNT | | | | | | YEAR TO DATE LEAVE STATUS | | | | | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | | | |
| | | | | | | ANN | 16 | | 94.00 | | | 9.50 | 240.00 |
| | | | | | | SICK | 16 | 20.00 | 67 | | | 9.50 | LEAVE CATEG |
| | | | | | | COMP | | | | | | | 4 |
| | | | | | | | | | | | | | REMARKS |

NAME AND ADDRESS

Official Pay Date    03/08/2012

ALBAIR GORGY GHOBRIAL
4244 FOXRUN DR
CHINO HILLS, CA 91709-0000

EPP Print

## TRANSPORTATION SECURITY ADMINISTRATION

91709  ·  0000

FORM AD-334
USDA
(REV. 10/97)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| | 01/29/2012   02/11/2012 | 03 | TA-06-1980-01-01 | 0010 | TA-59-04-1089 | 1598 | SV | F | 00 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| 42,974.00 | PA | F/T | 08/02/2009 | 738.42 | |

### EARNINGS AND DEDUCTIONS

| CODE | DESCRIPTION | HOURS P/P | HOURS YR TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 80.00 | 280.00 | 1647.20 | 5765.20 |
| 11 | NIGHT DIFFERENTIAL | 8.00 | 31.00 | 16.48 | 63.86 |
| 31 | HOLIDAY WORKED | | 30.00 | | 617.70 |
| 62 | SICK LEAVE | | 10.00 | | 205.90 |
| 66 | OTHER LEAVE | | 30.00 | | 617.70 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 88.00 | | 1663.68 | 7270.36 |
| 75 02 | RETIREMENT | | | 13.18 | 52.72 |
| 75 15 | TSP-FERS | | | 247.06 | 988.32 |
| 76 | SOCIAL SECURITY (OASDI) | | | 66.26 | 291.06 |
| 77 | FEDERAL TAX EXEMPTS S01 | | | 146.51 | 702.85 |
| 78 | ST TAX CA  EXEMPTS H01 | | | 12.84 | 68.62 |
| 81 | FEGLI- COVERAGE $  $45,000 | | | 6.75 | 27.00 |
| 83 | FEHBA - ENROLL CODE. 625 | | | 86.14 | 340.26 |
| 85 | CHARITABLE CONTRIBUTNS | | | 2.00 | 6.00 |
| 97 | MEDICARE TAX WITHHELD | | | 22.87 | 100.48 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 605.63 | 2577.31 |
| ** ** | ************** NET PAY ************** | | | 1058.05 | 4693.05 |
| ** ** | DD/EFT ROUTING NO. 122000661 | | | | |

### BOND ACCOUNT

| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 12 | | 90.00 | | 9.50 | 240.00 |
| SICK | 12 | 10.00 | 73 | | 9.50 | LEAVE CATEG |
| COMP | | | | | | 4 |

REMARKS

NAME AND ADDRESS

Official Pay Date     02/23/2012

ALBAIR GORGY GHOBRIAL
4244 FOXRUN DR
CHINO HILLS, CA 91709-0000

EPP Print

TRANSPORTATION SECURITY ADMINISTRATION

91709  -  0000

FORM AD-334
USDA
(REV 10/97)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇ | 01/15/2012   01/28/2012 | 02 | TA-06-1980-01-01 | 0010 | TA-59-04-1089 | 1598 | SV | F | 00 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | |
|---|---|---|---|---|---|
| 42,974.00 | PA | F/T | 08/02/2009 | 725.24 | STATEMENT OF EARNINGS AND LEAVE |

### EARNINGS AND DEDUCTIONS

| ITEM | | | HOURS | | AMOUNT | |
|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | | P/P | YR TO DATE | P/P | YR TO DATE |
| 01 | REGULAR TIME | | 70.00 | 200.00 | 1441.30 | 4118.00 |
| 11 | NIGHT DIFFERENTIAL | | 7.00 | 23.00 | 14.42 | 47.38 |
| 31 | HOLIDAY WORKED | | | 30.00 | | 617.70 |
| 62 | SICK LEAVE | | 10.00 | 10.00 | 205.90 | 205.90 |
| 66 | OTHER LEAVE | | | 30.00 | | 617.70 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | | 87.00 | | 1661.62 | 5606.68 |
| 75 02 | RETIREMENT | | | | 13.18 | 39.54 |
| 75 15 | TSP-FERS | | | | 247.08 | 741.24 |
| 76 | SOCIAL SECURITY (OASDI) | | | | 66.17 | 224.80 |
| 77 | FEDERAL TAX EXEMPTS S01 | | | | 148.20 | 554.34 |
| 78 | ST TAX CA  EXEMPTS H01 | | | | 12.79 | 55.78 |
| 81 | FEGLI- COVERAGE $  $45,000 | | | | 6.75 | 20.25 |
| 83 | FEHBA - ENROLL CODE  625 | | | | 86.14 | 254.12 |
| 85 | CHARITABLE CONTRIBUTNS | | | | 2.00 | 4.00 |
| 97 | MEDICARE TAX WITHHELD | | | | 22.84 | 77.61 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | | 605.15 | 1971.68 |
| ** ** | ************** NET PAY ************** | | | | 1056.47 | 3635.00 |
| ** ** | DD/EFT ROUTING NO. 122000661 | | | | | |

### BOND ACCOUNT

| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 8 | | 86.00 | | 9.50 | 240.00 |
| SICK | 8 | 10.00 | 59 | | 9.50 | LEAVE CATEG |
| COMP | | | | | | 4 |
| | | | | | | REMARKS |

NAME AND ADDRESS

Official Pay Date   02/09/2012

ALBAIR GORGY GHOBRIAL
4244 FOXRUN DR
CHINO HILLS, CA 91709-0000

EPP Print

| TRANSPORTATION SECURITY ADMINISTRATION | | | | | 91709 - 0000 | | FORM AD-334 |
| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR | STEP | USDA (REV. 10/97) |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|---|
| 42,974.00 | PA | F/T | 08/02/2009 | 712.06 | | |

Social Security No: 01/01/2012 01/14/2012 01 TA-06-1980-01-01 0010 TA-59-04-1089 1598 SV F 00

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 70.00 | 130.00 | 1441.30 | 2676.70 |
| 11 | NIGHT DIFFERENTIAL | 8.00 | 16.00 | 16.48 | 32.96 |
| 31 | HOLIDAY WORKED | 10.00 | 30.00 | 205.90 | 617.70 |
| 66 | OTHER LEAVE | 10.00 | 30.00 | 205.90 | 617.70 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 98.00 | | 1869.58 | 3945.06 |
| 75 02 | RETIREMENT | | | 13.18 | 26.36 |
| 75 15 | TSP-FERS | | | 247.08 | 494.16 |
| 76 | SOCIAL SECURITY (OASDI) | | | 74.90 | 158.63 |
| 77 | FEDERAL TAX EXEMPTS S01 | | | 179.40 | 406.14 |
| 78 | ST TAX CA  EXEMPTS H01 | | | 17.37 | 42.99 |
| 81 | FEGLI- COVERAGE $  $45,000 | | | 6.75 | 13.50 |
| 83 | FEHBA - ENROLL CODE  625 RATE CHANGE | | | 86.14 | 167.98 |
| 85 | CHARITABLE CONTRIBUTNS | | | 2.00 | 2.00 |
| 97 | MEDICARE TAX WITHHELD | | | 25.86 | 54.77 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 652.68 | 1366.53 |
| ** ** | ************* NET PAY ************* | | | 1216.90 | 2578.53 |
| ** ** | DD/EFT ROUTING NO. 122000661 | | | | |

### BOND ACCOUNT

| AUTH NO | DENOM- INATION | DEDUC- TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|
| | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 4 | | 82.00 | | 9.50 | 240.00 |
| SICK | 4 | | 75 | | 9.50 | LEAVE CATEG |
| COMP | | | | | | 4 |
| | | | | | | REMARKS |

TSA'S OFFICE OF CIVIL RIGHTS AND LIBERTIES IS A
NEUTRAL PARTY THAT ADDRESSES EEO COMPLAINTS.
CONTACT MUST BE MADE WITHIN 45 DAYS OF AN ALLEGED
INCIDENT. CHAIN OF COMMAND NOTIFICATION IS NOT
REQUIRED. FOR MORE INFO CONTACT 1-877-336-4872,
1-800-877-8339(TTY) OR TSA.CIVILRIGHTS@DHS.GOV.

NAME AND ADDRESS

Official Pay Date    01/26/2012

ALBAIR GORGY GHOBRIAL
4244 FOXRUN DR
CHINO HILLS, CA 91709-0000

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                           Case No. _____

Ghobrial, Liliana _____          Chapter **11** _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 8,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 4,951.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 3,049.00

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
    **To prepare and file a Motion to Strip the Junior Mortgage on Debtor's Residence**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**March 20, 2012** _____          **/s/ David Tang** _____
         Date                                      David Tang 182357
                                                   Law Office of David Tang
                                                   8311 Westminster Bl., #330
                                                   Westminster, CA  92683
                                                   (714) 893-6698
                                                   lawyertang@yahoo.com

### United States Bankruptcy Court
### Central District of California

IN RE:                                                                    Case No. _____

Ghobrial, Liliana                                                          Chapter 11 _____
_____
         Debtor(s)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (specify date) ___1/23/2012___, I agreed with the Debtor that for a fee of $ _____8,000.00_, I would provide only the following services:

   a. ☑ Prepare and file the Petition and Schedules

   b. ☑ Represent the Debtor at the 341(a) Hearing

   c. ☑ Represent the Debtor in any relief from stay actions

   d. ☑ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☑ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☑ Other (specify):
      To file a LAM Motion to Strip Junior Mortgage on Debtor's Residence; to Prepare disclosure statement and a confirmable Chapter 11 Plan.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth below.

Dated: **March 20, 2012** _____          Law Firm: Law Office of David Tang
                                                                8311 Westminster Bl. #330
                                                                Westminster, CA 92683

I HEREBY APPROVE THE ABOVE:                                  By: /s/ David Tang _____

/s/ Liliana Ghobrial                                         Name: David Tang _____
Signature of Debtor(s)                                                Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

B22B (Official Form 22B) (Chapter 11) (12/10)

In re: **Ghobrial, Liliana** _____
_____Debtor(s)_____

Case Number: _____
_____(If known)_____

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

<table>
<tr><td colspan="4" align="center">**Part I. CALCULATION OF MONTHLY INCOME**</td></tr>
<tr><td>1</td><td colspan="3">**Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.**</td></tr>
<tr><td></td><td>All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line.</td><td>**Column A**<br>Debtor's<br>Income</td><td>**Column B**<br>Spouse's<br>Income</td></tr>
<tr><td>2</td><td>**Gross wages, salary, tips, bonuses, overtime, commissions.**</td><td>$    645.00</td><td>$    3,530.00</td></tr>
<tr><td>3</td><td>**Net income from the operation of a business, profession, or farm.** Subtract Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table></td><td>$</td><td>$</td></tr>
<tr><td>4</td><td>**Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$    8,947.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$    7,089.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table></td><td>$    1,858.00</td><td>$</td></tr>
<tr><td>5</td><td>**Interest, dividends, and royalties.**</td><td>$</td><td>$</td></tr>
<tr><td>6</td><td>**Pension and retirement income.**</td><td>$</td><td>$</td></tr>
<tr><td>7</td><td>**Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B.</td><td>$    850.00</td><td>$</td></tr>
</table>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22B (Official Form 22B) (Chapter 11) (12/10)

| | |
|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. _____ $ _____<br>b. _____ $ _____ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s).    $ 3,353.00   $ 3,530.00 |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A.    $ 6,883.00 |

## Part II. VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **March 20, 2012** _____    Signature: */s/ Liliana Ghobrial* _____ (Debtor)<br><br>Date: _____    Signature: _____ (Joint Debtor, if any) |

© 1993 2011 EZ-Filing, Inc. [1 800 998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

IN RE:

Ghobrial, Liliana

_____ Debtor(s)

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Bank Of America<br>PO Box 5170<br>Simi Valley, CA 93062 | | Bank loan | Unliquidated | 174,750.00<br>Collateral:<br>400,000.00<br>Unsecured:<br>174,750.00 |
| Bank Of America<br>PO Box 5170<br>Simi Valley, CA 93062 | | | Unliquidated | 535,511.00<br>Collateral:<br>385,000.00<br>Unsecured:<br>150,511.00 |
| Bank Of America<br>PO Box 5170<br>Simi Valley, CA 93062 | | | Unliquidated | 494,132.00<br>Collateral:<br>355,000.00<br>Unsecured:<br>139,132.00 |
| Bank Of America<br>PO Box 301200<br>Los Angeles, CA 91709 | | | | 13,915.00 |
| Home Depot Credit Services<br>PO Box 183175<br>Columbus, OH 43218 | | | Unliquidated | 1,222.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **March 20, 2012**    Signature /s/ Liliana Ghobrial
of Debtor                                        Liliana Ghobrial

Date: _____    Signature
of Joint Debtor
(if any)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only