JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorneys for Secured Creditor, Nationstar Mortgage LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | ) Case No. 6:12-bk-15519-MJ |
| Liliana Ghobrial, | ) Chapter 11 |
| Debtor. | ) |
| | ) **STIPULATION ON PLAN TREATMENT ON THE FOLLOWING REAL PROPERTY: (24515-24519 ½ S Avalon Boulevard, Wilmington, CA 90748).** |
| Nationstar Mortgage LLC, its assignees and/or successors, its assignees and/or successors in interest, | ) |
| Secured Creditor, | ) |
| v. | ) |
| Liliana Ghobrial, Debtor(s); U.S. TRUSTEE, Trustee, | ) |
| Respondents. | ) |

Secured Creditor, Nationstar Mortgage LLC, its assignees and/or successors ("Secured Creditor") and Debtor, Liliana Ghobrial, ("Debtor") by and through their attorney's of record,

enter into this Stipulation for Claim Treatment regarding Secured Creditor's claim secured by real property commonly known as 24515-24519 ½ S Avalon Boulevard, Wilmington, CA 90748 ("Subject Property") and hereby stipulate and agree as follows;

## RECITALS

1. On or about 9/20/2007 Bank of America, N.A. entered into a contract with Albair Ghobrial, Lilian Ghoribal, and Mariam Tadros wherin the Debtor agreed to pay the amount of $3,287.62, or more, on or before the first day of every month, beginning on or about October 1, 2007. The obligation is evidenced by a promissory note ("Note") and secured by a deed of Trust ("Deed of Trust") (collectively the "Subject Loan").

2. The Deed of Trust was timely and duly recorded and perfected in accordance with California law at Instrument No. 20072172537 in the office of the Los Angeles County Recorder.

3. Secured Creditor is the holder of the Note and the beneficiary under the Deed of Trust that is secured by the Subject Property and is the real party in interest.

4. On 3/5/2012, the Debtor filed a voluntary Chapter 11 petition seeking relief under Title 11 of the United States Code.

5. On 4/5/2012, Secured Creditor filed a secured Proof of Claim, Claim 2, in the amount of $496,824.68.

## PLAN TREATMENT:

1. This stipulation affects the real property located at 24515-24519 ½ S Avalon Boulevard, Wilmington, CA 90748 ("Subject Property").

2. Commencing on the first day of the full month following approval of the instant Stipulation by the Bankruptcy Court, the Debtors will make full re-amortized payments based upon the subject Property's original Note.

3. The original Note terms for the property shall be left unmodified, except:

   a. The loan shall be amortized **over 30 years at 7.375% interest** fixed for the life of the Note with payments to be applied to both principal and interest.

   b. The Proof of Claim including the arrears are **$496,824.68.**

4.  The terms of this Stipulation may not be modified, altered, or changed by the Debtor's Chapter 11 Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan and confirmation order thereon without express written consent by the parties. The terms of this Stipulation shall be incorporated by reference into the Debtors' Chapter 11 Plan and/or any subsequently filed Amended Chapter 11 Plan.

5.  In the event the Debtors' case is dismissed or converted to any other chapter under Title 11 of the United States Bankruptcy Code, the Secured Creditor shall retain its lien in the full amount due under the subject Note and First Deed of Trust all terms on the Bank of America's claim shall revert to the original terms of the Note and the Deed of Trust.

6.  In addition to the monthly principal and interest payments as stated above, the **Debtor shall be separately responsible for ongoing payment of taxes and insurance**. Failure to pay the foregoing payments of principal, interest, insurance and/or taxes shall be a default under the provisions herein.

7.  In the event of a default of any provisions as set forth hereinabove, Movant may, After a ten-day notice of default mailed to Debtors and faxed *and* mailed to Debtors' counsel, file and serve a Declaration Re Non-Compliance and an Order Terminating the Automatic Stay. Upon the filing of such Order, the Automatic Stay with respect to each subject Property shall terminate for all purposes to allow Nationstar to proceed with its foreclosure actions, without further Order of the Court.

8.  Nationstar agrees to cast a ballot in support of the Debtors' proposed Plan so long as the proposed Plan does not materially contradict the terms of this Stipulation

9. Except as otherwise expressly provided herein, all remaining terms of the Promissory Note and Deed of Trust not modified herein shall remain in effect and shall govern treatment of Secured Creditor's Total Allowed Secured Claim.

10. Each party is to bear their own fees and costs.

**IT IS SO STIPULATED:**

**McCARTHY HOLTHUS & LEVINE, P.C.**

Dated: 4/22/2014

by  /s/ Merdaud Jafarnia, Esq.
    Merdaud Jafarnia, Esq.
    Attorney for Secured Creditor

Dated: 4/29/14

by _____
    David Tang
    Attorney for Debtor

M&H File No. CA-12-71526

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document entitled Stipulation on Plan Treatment on the Following Real Property: 24515-24519 ½ S Avalon Boulevard, Wilmington, CA 90748:  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/30/2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**DEBTOR(S) COUNSEL**
David Tang
lawyertang@yahoo.com

**US TRUSTEE**
ustpregion16.rs.ecf@usdoj.gov

**TRUSTEE COUNSEL**
Kelly L Morrison
kelly.l.morrison@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **4/30/2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Liliana Ghobrial, 4244 Foxrun Drive, Chino Hills, CA 91709

**TRUSTEE**
United States Trustee (RS), U.S. Trustee, 3685 Main Street, Suite 300, Riverside, CA 92501

**JUDGE'S COPY**
The Honorable Judge, Meredith A. Jury, United States Bankruptcy Court - Riverside Division, 3420 Twelfth Street, Suite 345, Riverside, CA, 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **4/30/2014** | **David Fry** | **/s/ David Fry** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

**20 LARGEST UNSECURED CREDITORS**
Bank of America, POB 301200, Los Angeles, CA 90030

Bank of America, PO Box 5170, Simi Valley, CA 93062

Home Depot Credit Services, PO Box 183175, Columbus, OH 43218

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**