1  JaVonne M. Phillips, Esq. SBN 187474
2  Merdaud Jafarnia, Esq. SBN 217262
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
   Fax (619) 685-4810
5
6  Attorneys for Secured Creditor, Nationstar Mortgage LLC, its assignees and/or successors

FILED & ENTERED

MAY 01 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson   DEPUTY CLERK

7
8
9
                    UNITED STATES BANKRUPTCY COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
                         RIVERSIDE DIVISION
12
13  In re:                              ) Case No. 6:12-bk-15519-MJ
                                        )
14  Liliana Ghobrial,                   ) Chapter   11
                                        )
15                                      )
          Debtor.                       )
16                                      )
                                        )
17                                      ) **ORDER ON STIPULATION ON PLAN**
                                        ) **TREATMENT ON THE FOLLOWING**
18                                      ) **REAL PROPERTY: (1914-1920 Maine**
                                        ) **Avenue, Long Beach, CA 90806)**
19                                      )
20                                      )
                                        )
21                                      )
                                        )
22  _____ )
23
24
25
26
27
28
29

1        The parties agreed to the terms set forth in the Stipulation for Claim Treatment filed on

2    4/30/2014 as document #99 and are bound by the terms of their stipulation which shall be the

3    Order of this Court.

4                   **END OF ORDER**

6                   ###

Date: May 1, 2014

Meredith A. Jury
United States Bankruptcy Judge

1

## COURT SERVICE LIST

2

3
Liliana Ghobrial
4244 Foxrun Drive
4
Chino Hills, CA 91709

5

6
U.S. Trustee
7
United States Trustee (RS)
3801 University Avenue, Suite 720
8
Riverside, CA 92501

9

ATTORNEY FOR MOVANT
10
**McCarthy & Holthus, LLP**
11
1770 Fourth Avenue
San Diego, CA 92101
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29