David Tang (sbn 182357)
8311 Westminster Bl, #330
Westminster, CA  92683
Tel: (714) 893-6698
Fax: (714) 893-0387
E-mail: lawyertang@yahoo.com

Attorney for the Debtor:
Liliana Ghobrial

FILED & ENTERED

OCT 20 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bailey      DEPUTY CLERK

THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

    LILIANA GHOBRIAL,
               Debtor.

Case No: 6:12-bk-15519-MJ

[Chapter 11]

**ORDER CONFIRMING
CHAPTER 11 PLAN**

       The Second Amended Plan ("Plan") under Chapter 11 of the Bankruptcy Code filed by

Liliana Ghobrial, the Debtor in this entitled case on July 2, 2014 [Docket Number 111], came on

for hearing on notice.

       It having been determined the requirements for confirmation set forth in 11 U.S.C.

Sections 1129(a) and 1129(b)(1) are met and the Plan does not discriminate unfairly and is fair

and equitable with respect to each class of claims or interests that is impaired under, and has

not accepted, the Plan.

       The Court finds that the Absolute Priority Rule is inapplicable in this individual debtor

1

2    Chapter 11 case.

3         **IT IS ORDERED** that the Plan is confirmed.

4         **IT IS FURTHER ORDERED** that a Post-Confirmation Status Conference is to be

5    held on April 22, 2015, at 1:30 p.m. in Courtroom 301.  Pursuant to FRBP, the Court may

6    allow a Final Decree be entered at the same time if requested by the Debtor.

7
                                                    ####
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    Date: October 20, 2014

      Meredith A. Jury
28    United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:   8311Westminster Bl, #330, Westminster, CA  92683

A true and correct copy of the foregoing document entitled (*specify*): <u>ORDER CONFIRMING CHAPTER 11 PLAN</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>OCTOBER 13, 2014</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>OCTOBER 13, 2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10-13-2014 | Jenny Diep | /s/Jenny Diep |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT**

1.  **Served by the Court Via Notice of Electronic Filing (NEF)**

    United States Trustee
    usptregion16.rs.ecf@usdoj.gov

    Counsel for UST
    Jason K Schrader, Esq.: Jason.k.schrader@usdoj.gov

    Secured Creditors
    Nationstar Mortgage/Bank of America, N.A.
    Kristin A. Zilberstein, Esq.
    Merdaud Jafarnia, Esq.
    McCarthy & Holthus LLP
    bknotice@mccarthyholthus.com

    Nationstar Mortgage
    Keena N Newmark
    Brice Vander Linden & Wernick PC
    Keena.newmark@bvwlaw.com

    Nationstar Mortgage
    Bill Taylor
    Ecfnotices@4stechnologies.com

    Erica T. Lofits, Esq.
    Edward T. Weber
    RCO Legal, PS
    bknotice@rcolegal.com

2.  **Served by United States Mail**

    Green Tree Servicing LLC., 7360 S. Kyrene Rd, Tempe, AZ  85283
    Home Depot Credit Services, PO Box 183175, Columbus, OH  43218
    FIA Card Services, N.A., PO Box 15102, Wilmington, DE  19886
    Nationstar Mortgage, Bankruptcy Dept., 350 Highland Drive, Lewisville, TX  75067
    Bank of America, N.A., PO Box 5170, Simi Valley, CA  93062